Luke Scott, Sr.
AO# 08004-046
USP Terre Haute
PO Box 33
Terre Haute, IN 47808

**FILED**

**03/14/2024**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

TERRE HAUTE DIVISION

LUKE JOHN SCOTT, SR.,
    Plaintiff,

2:24-cv-89-MPB-MKK

V.

COMPLAINT

S. Kallis, Warden, et. al.,
    Defendant

I. JURISDICTION & VENUE

1. This is a civil action authorized by 5 USC §§ 553, §702, 552 (a), of the Administrative Procedures Act, to redress the deprivation under color of federal law, of rights secured by the U.S. Constitution. The Court has jurisdiction under 28 USC § 1331 and 1343 (a)(3). Plaintiff seeks declatory relief pursuant to 28 USC 2201 & 2202. Plaintiff seeks inductive relief under 28 USC Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure

2.  The Southern District of Indiana is an appropriate venue under 28 usc 1391(b)(2) because it is where the events giving rise to this claim occured

II. PLAINTIFFS

3.  Plaintiff, Luke John Scott, Sr., is and was, at all times mentioned herein a prisoner of the federal government in the custody of the FBOP, Dept. of Justice. He is currently confined in U.S.P Terre Haute, in Terre Haute Indiana

III. DEFENDANTS

4.  Defendant, S. Kallis, is the Warden of the Prison. He is legally responsible for the operation of U.S.P Terre Haute and for the welfare of all the inmates in that prison

5.  Defendant, Wolf, is a Corrections officer of the D.O.J, held the rank of guard and was assigned to U.S.P. Terre Haute.

6.  Defendant, is the Director of the Dept. of Justice, of the United States. He is legally responsible for the overall operations of the department and each institution under its jurisdiction, including USP Terre Haute.

III FACTS

8.  On or about November 26, 2023, S.I.S. officer Atterbury encumbered my account, disabling my ability to contact anyone in the outside world. This is the second time S.I.S. Atterbury did this.

2.



9.    In the year of 2023, the S.I.S. encumbered my account, they purged my contact list, and they did not notify me in person or in writing. They gave me no opportunity to appeal this process either. They encumberred my account for six (6) months and I have still not heard back from Regional's Office on the BP-9 I filed with them. I have had no response from anyone when I wrote letters requesting the policy statement that allows the S.I.S. to incumber someone's account for a non disciplinary action.

10.    I spoke to C.O. Wolf about this and she told me that this was an administrative decision. The Warden put an "encumberance" hold on my account, but I owe no money out for any fines, restitution, or financial responsibility payments. The FBOP is devoid of any policy statement that states the Warden/SIS may conduct a joint administrative decision that allows them to circumvent the procedures set forth that protect inmate accounts from arbitrary facility staff treatment.

11.    On multiple occasions I spoke to the case manager who repeatedly told me that this procedure is "new" and he does not know how to handle it. I am left without a viable remedy.

IV. LEGAL CLAIMS

12. The Warden and SIS are violating my right to due process. They are not giving me any remedy or alternate

means of conducting my financial affairs causing me irreperable harm. Encumberance without notice or remedy Constitute new substantive rules and final agency action that do not comply with 5 USC §§553 and 552(a) of the Administrative Procedures Act. All named defendants failed and Continue to fail in following statutory requirements. The "APA" allows individuals to bring suit for Judicial review of final agency action under 5 usc § 702.

13  The Plaintiff has no plain, adequate, or Complete remedy at law to redress the wrongs described herein, Plaintiff has been and will Continue to be irreparably injured by the Conduct of the defendants unless the Court grants the declatory and injunctive relief which Plaintiff seeks.

1 PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Honorable Court enter Judgement granting plaintiff:

14. A declaration that the acts and omissions described herein Violated Plaintiff's rights under the Constitution and Laws of the United States

5 A preliminary and permanent injunction ordering defendants S.Kallis, C.O. Wolf, and SIS Atterbury to unencumber my accour and allow me unrestricted access to my account

6. Compensatory damages in the amount of $300.00 against each defendant, Jointly and severally

4.

17. Punitive damages in the amount of $2,000.00 against
    each defendant. $5000.00 against SIS Atterbury
18. A Jury trial on all issues triable by Jury
19. Plaintiff's costs in this suit
20. Any additional relief this Court deems just, proper,
    and equitable
Dated this 17th day of January 2024
VERIFICATION
    I have read the foregoing Complaint and hereby verify
that the matters alleged therein, are true, except to matters
alleged on information and belief, and, as to those, I believe
them to be true. I certify under penalty of perjury that the
foregoing is true and correct
Executed at: Terre Haute, IN 47808 on Jan.17, 2024

Luke Scott, Sr.
Luke Scott, Sr.
Plaintiff